**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1268**

---

MUHAMMAD ZAKIR SHAIKH,

       Plaintiff - Appellant,

    v.

AEKTA MOTELS, LLC, d/b/a Red Roof Inn,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Robert Bryan Harwell, Senior District Judge.  (4:21-cv-03453-RBH)

---

Submitted:  October 22, 2024                    Decided:  October 24, 2024

---

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Muhammad Zakir Shaikh, Appellant Pro Se.  Jerome Scott Kozacki, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhammad Zakir Shaikh appeals the district court's order accepting the magistrate judge's recommendation and granting summary judgment to Defendant on Shaikh's employment discrimination action, and a subsequent text order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Shaikh v. Aekta Motels, LLC*, No. 4:21-cv-03453-RBH (D.S.C. Feb. 27, 2024; Mar. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2